RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Angie Marie Molina-Smith

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ANGIE MARIE MOLINA-SMITH,<br><br>   Defendant. | Case No. 2:22-mj-00441-DJA<br><br>ORDER TO CONTINUE BENCH TRIAL<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Angie Marie Molina-Smith, that the bench trial currently scheduled on April 12, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.   The parties had agreed on a tentative resolution. However, a short while ago, counsel for the government was contacted regarding potential restitution in this matter and the prior offer was withdrawn in place of a new offer.

2.     Counsel for defendant is attempting to communicate the terms of the new offer to the defendant and make a final determination as to whether to proceed to trial. Given the recentness of the new offer, this additional time is necessary for the defendant to fully weigh all their options before making a final decision.

3.     The defendant is not in custody and agrees with the need for the continuance.

4.     The parties agree to the continuance.

5.     Counsel does not anticipate any further requests for a stipulation.

6.     The parties are asking for 60 days because counsel for the government will be out of the jurisdiction May 8 – 19, 2023 and counsel for the defendant has a jury trial that is proceeding May 8, 2023. Additionally, as the parties do not anticipate any further continuances, if this matter does not resolve, the parties will proceed to trial. The additional time would be to ensure both parties can conduct a trial without scheduling issues.

This is the sixth request for a continuance of the bench trial.

DATED this 7th day of April, 2023.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Navid Afshar  
NAVID AFSHAR  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By /s/ Imani Dixon  
IMANI DIXON  
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGIE MARIE MOLINA-SMITH,<br><br>    Defendant. | Case No. 2:22-mj-00441-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, April 12, 2023, at 9:00 a.m., be vacated and continued to July 26, 2023, at 9:00 a.m., Courtroom 3A.

   DATED this 10th day of April, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge