RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Angie Marie Molina-Smith

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGIE MARIE MOLINA-SMITH,<br><br>Defendant. | Case No. 2:22-mj-00441-DJA<br><br>**ORDER RE:**<br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Angie Marie Molina-Smith, that the bench trial currently scheduled on July 26, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.  Since the commencement of this action the parties have diligently attempted to resolve this case short of trial. At one point a nominal settlement was reached, however, since then, it appears that a resolution is not feasible and the parties will proceed to trial.

2. The additional time requested is to allow for defense counsel to obtain additional discovery and the opportunity to conduct investigation to determine the merits of filing of pretrial motions in this matter.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. Counsel does not anticipate any further requests for a stipulation.

This is the seventh request for a continuance of the bench trial.

DATED this 19th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Imani Dixon<br>IMANI DIXON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGIE MARIE MOLINA-SMITH,<br><br>    Defendant. | Case No. 2:22-mj-00441-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, July 26, 2023, at 9:00 a.m., be vacated and continued to __October 4, 2023__ at the hour of **9:00 a.m.  No further requests for continuance of the trial will be granted absent extreme, unforeseen circumstances**.

DATED this 21st day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE