Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

Attorney for Defendant Angie Marie Molina-Smith

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff,

    v.

Angie Marie Molina-Smith,

    Defendant.

Case No. 2:22-mj-00441-DJA

ORDER

    Ms. Molina-Smith was charged by complaint on May 29, 2022, with three counts: (1) Simple Assault (a violation of 18 U.S.C. § 113(a)(5)); (2) Under the Influence of Alcohol or a Controlled Substance (a violation of 36 C.F.R. § 2.35(c)); and (3) Possession of a Controlled Substance (a violation of 36 C.F.R. § 2.35(b)(2)). (ECF No. 1.)

    Ms. Molina-Smith entered a plea agreement on December 13, 2023. (ECF No. 29.) Under that agreement, Ms. Molina-Smith plead guilty to Count One, and Counts Two and Three were dismissed. (*Id.*) Ms. Molina-Smith was sentenced on Count One as follows: "unsupervised probation for six months; $25.00 processing fee is waived; successfully complete eight (8) hour online substance abuse course; restricted from

1  Lake Mead National Recreational Area for six months; do not violate any local, state,
2  or federal laws; and no contact with the victim." (ECF No. 28.)
3     Ms. Molina-Smith now has completed the special conditions of her
4  unsupervised probation. Accordingly, the parties agree that the status conference set
5  for August 9, 2024, at 11:30 AM should be vacated.
6     Dated: August 5, 2024

Respectfully submitted,

| | |
|---|---|
| Rene L. Valladares | Jason Frierson |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Rick Mula* | */s/ Skyler H. Pearson* |
| Rick Mula | Skyler H. Pearson |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Angie Marie Molina-Smith,<br><br>　　　　Defendant. | Case No. 2:22-mj-00441-DJA<br><br>ORDER |

　　The Court finds that Ms. Molina-Smith has completed the special conditions of her unsupervised probation in accordance with her plea agreement and sentence.

　　IT IS THEREFORE ORDERED that the status conference set for August 9, 2024, at 11:30 a.m. is vacated.

　　DATED this 6th day of August, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3